UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:14-cv-02976-MSK-KLM**

UNITED STATES OF AMERICA, *ex rel.* WEIFIELD GROUP CONTRACTING, LLC, a Colorado limited liability company,

    Plaintiff,

v.

OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; and JHL INDUSTRIAL SERVICES, LLC d/b/a PLATT ROGERS CONSTRUCTION, a Colorado limited liability company,

    Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| By: *s/ Colin P. Baumchen* | By: *s/ Karl A. Berg, Jr.* |
| Kory D. George | Karl A. Berg, Jr. |
| Colin P. Baumchen | Joe D. Kinlaw II |
| Laura J. Sova | Mulliken Weiner Berg & Jolivet P.C. |
| WOODS & AITKEN LLP | 102 South Tejon Street, Suite 900 |
| 8055 E. Tufts Ave., Ste. 525 | Colorado Springs, CO 80903 |
| Denver, CO 80237 | Telephone: (719) 635-8750 |
| Telephone: (303) 606-6700 | Facsimile: (719) 635-8706 |
| Facsimile: (303) 606-6701 | Email: kberg@mullikenlaw.com |
| Email: kgeorge@woodsaitken.com | *Attorneys for Defendant The Ohio Casualty Insurance Company* |
|        cbaumchen@woodsaitken.com | |
|        lsova@woodsaitken.com | |
| *Attorneys for Plaintiff Weifield Group Contracting, LLC* | |

**SO ORDERED**

Dated: June 8, 2015

Hon. Kristen L. Mix
United States Magistrate Judge